NEFSTEAD, Special Administratrix, Appellant, vs. LOEHR and another, Respondents.

For the appellant: *Samuel J. Grossman,* attorney, and *Roy O. Conen* and *Nathaniel D. Rothstein* of counsel, all of Milwaukee.

For the respondent Louise Handt Loehr: *T. L. Doyle* of Fond du Lac.

For the respondent M. W. Thompson: *L. J. Fellenz* of Fond du Lac.

*By the Court.*—Judgment affirmed.

*April 13, 1943.*

BERGSTROM, by Guardian *ad litem,* and others, Appellants, vs. ZIBELL and another, Respondents.

For the appellants : *Crawford & Crawford* of Superior.

For the respondents: *Hughes & Anderson* of Superior, attorneys, and *Sexton, Mordaunt, Kennedy & Carroll* of St. Paul, Minnesota, of counsel.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on April 13, 1943.